**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **CEVERO GARCIA**  <br>  **D.O.C. # 368938** | : | **DOCKET NO. 2:19-cv-1268** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN VANNOY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE** to petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

**THUS DONE AND SIGNED** in Chambers, on this 2nd day of January, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**